AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

DAVID M. JAA,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER: **3:11-cv-00071-ECR-VPC**

SCOTT, et al.,

    Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to either pay the filing fee or submit an application to proceed *in forma pauperis*.


  02/07/2011     **LANCE S. WILSON**
                                                                   Clerk

                                                        /s/ P. McDonald
                                                       Deputy Clerk